UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS TAPIA-FIERRO, | ) | NO. EDCV 05-00786 R (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ERIC HOLDER, Attorney General of the United States, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge, Judgment is entered in favor of Petitioner and against Respondent.

\\

\\

\\

\\

\\

\\

\\

\\

**IT IS HEREBY ORDERED THAT:** (1) the Petition is GRANTED; (2) Petitioner's request for release pending appeal is DENIED; and (3) Petitioner's removal order is REOPENED such that Petitioner has thirty days from the date of any new or reissued removal order to file an appeal of the removal order.

DATED:   January 5, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2